IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

vs.    * Case No.: 25-cr-00138 RJL

TORRANCE BROCK    *

Defendant    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO TEMPORARILY MODIFY
## CONDITIONS OF RELEASE

**COMES NOW** the Defendant, Torrance Brock, by and through his attorneys, Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that this Honorable Court temporarily modify the conditions of release in this case. In support of this motion, counsel states the following.

1. On May 5, 2025, a detention hearing was held and Mr. Brock was released from custody on GPS monitoring. Mr. Brock is currently under the supervision of United States Pretrial Services under the HISP and GPS monitoring.

2. At this time, Mr. Brock respectfully asks this Court to temporarily modify his conditions of release such that he be able to travel to Tampa Florida from December 19, 2025 and return on December 27, 202 for purposes of spending his son's birthday with him and spending the Christmas Holiday with his family.

3. Undersigned counsel has contacted Pretrial Services and is authorized to state that Pretrial Services officer Da'Shanta Valentine-Lewis does not oppose

1

this request to travel as long as Mr. Brock provide her with a detailed itinerary of his travel plans in a timely manner.

4. Undersigned counsel has also contacted Assistant United States Attorney, Michael Barclay, takes no position on the requested temporary modification of conditions of release.

5. Mr. Brock will notify his pre-trial service officer when leaves his home on December 19, 2025 and when he returns on December 27, 2025. Mr. Brock will also check in as directed with his pre-trial officer while out of the District of Columbia and will comply with all other conditions of his release.

6. For these reasons, Mr. Brock respectfully asks this Court to temporarily modify his conditions of release such that he be permitted to travel to Tampa Florida from December 19, 2025 and return on December 27, 202 for purposes of spending his son's birthday with him and spending the Christmas Holiday with his family.

                Respectfully submitted,

                /s

                _____
                Nicholas G. Madiou
                Brennan, McKenna & Lawlor, Chtd.
                6305 Ivy Lane, Suite 700
                Greenbelt, Maryland 20770
                (301) 474-0044
                nmadiou@brennanmckenna.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 15, 2025, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Nicholas G. Madiou