UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-cr-00138-01 (RJL) |
| **DREMALE VANTERPOOL** | : | |

**MOTION FOR LEAVE TO LATE FILE BY ONE BUSINESS DAY**

Mr. Dremale Vanterpool, through undersigned counsel, respectfully moves this Honorable Court for leave to late file by one business day a motion to suppress evidence obtained from a cellphone. The motions were due on December 19, 2025, but due to commitments in other matters, counsel was unable to adequately prepare the motion for filing on that date. Counsel now seeks to file on December 22, 2025. Counsel emailed government counsel, but due to the holiday and scheduled leave, did not receive a reply before filing this motion the same day. The motion is attached for late filing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500