## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          *

    vs.          * Case No.: 25-cr-00138-RJL

TORRANCE BROCK          *

    Defendants          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AS COUNSEL

The Defendant, Torrance Brock, by and through his counsel, Nicholas G. Madiou and Brennan McKenna & Lawlor, Chtd., respectfully files this Motion to Withdraw as Counsel. In support of this Motion, counsel state the following:

1.    Undersigned counsel was appointed to represent Mr. Brock in the case captioned above in or around September 2025.

2.    The Court ordered that a status hearing be held in this matter on August 4, 2026 at 3:30 p.m.

3.    At this time, undersigned counsel respectfully files this motion to withdraw as counsel for Mr. Brock for the following reasons:

    a.  At this time there is a total and complete breakdown of the attorney/client relationship which makes continued representation extremely difficult if not impossible; and

    b.  Mr. Brock has explicitly instructed undersigned counsel

1

to file the instant motion to withdraw, and undersigned counsel believes that for the reasons presented withdrawal is now necessary.

4.      For these reasons, undersigned counsel respectfully files this motion to withdraw as counsel for Mr. Brock.

Respectfully submitted,
/s/

_____

Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.,
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-3404
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, a copy of the foregoing was electronically filed and served on all parties via ECF.


/s/

_____

Nicholas G. Madiou